■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. BOOTH, Appellant. [665 NYS2d 604] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw the plea or to vacate the judgment of conviction, defendant has waived his challenge to the factual sufficiency of the plea allocution (*see, People v Lopez,* 71 NY2d 662, 665). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Sirkin, J.—Robbery, 1st Degree.) Present—Green, J. P., Lawton, Hayes, Wisner and Boehm, JJ.